■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHOMARI MOORE, Appellant. [63 NYS3d 863]—Judgment, Supreme Court, Bronx County (Jeanette Rodriguez-Morick, J.), rendered February 22, 2016, unanimously affirmed.

Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Gische, Kapnick, Kahn and Moulton, JJ.